UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WAYNE MUNDY,

    Plaintiff,

v.                                                                              Case No. 05-CV-74004-DT
                                                                               Honorable Avern Cohn

RUO WATSON,

    Defendant.
_____/

## JUDGMENT OF DISMISSAL

For reasons stated in the Court's Order of Dismissal entered and filed this date, plaintiff's complaint is DISMISSED as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

                                                             DAVID WEAVER
                                                             CLERK OF THE COURT

                                                         By: _s/Diane Opalewski_____
                                                              Deputy Clerk

Dated at Detroit, Michigan
this 14th day of November, 2005